UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80068-CR-Bloom/Valle

18 U.S.C. § 201(b)(2)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

EVELYN RAMONA PRICE

Defendant.
_____/

FILED BY __KJZ__ Deputy Clerk
Apr 20, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

On or about October 27, 2016, in Palm Beach County, in the Southern District of Florida, the defendant,

**EVELYN RAMONA PRICE**

being a public official and a person selected to be a public official, did, directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept anything of value personally in return for being induced to do an act and omit to do an act in violation of her official duty, that is receive United States currency, in return for providing delivery addresses for the purpose of sending United States mail parcels containing illegal narcotics, and delivering United States mail parcels to persons other than the addressed recipients, in violation of Title 18, United States Code, Section 201(b)(2)(C).

1

## COUNT 2

On or about October 27, 2016, in Palm Beach County, in the Southern District of Florida, the defendant,

**EVELYN RAMONA PRICE**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

## CRIMINAL FORFEITURE

1. Upon conviction of the violation alleged in Count 1, defendant **EVELYN RAMONA PRICE** shall forfeit to the United States all property, real and personal, which constitutes or is derived from proceeds traceable to a violation of the afore-stated offenses.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

2. Upon conviction of the violation alleged in Count 2 of this indictment, the defendant **EVELYN RAMONA PRICE** shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendant(s) obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO.   17-80068-CR-Bloom/Valle

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

EVELYN RAMONA PRICE,

                Defendant.
_____/ Superseding Case Information:

**Court Division:** (Select One)

| | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|
| ___ Miami | ___ Key West | Number of New Defendants | ___ |
| ___ FTL | _X_ WPB | Total number of counts | ___ |
| | | FTP | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)              (Check only one)

   I    0 to 5 days      _X_      Petty     ___
   II   6 to 10 days     ___      Minor     ___
   III  11 to 20 days    ___      Misdem.   ___
   IV   21 to 60 days    ___      Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____                     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) _____
   If yes:
   Magistrate Case No.                     _____
   Related Miscellaneous numbers:          _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the _____  District of _____
   Is this a potential death penalty case? (Yes or No)   __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

                                                                  _____
                                                             GREGORY SCHILLER
                                                             ASSISTANT UNITED STATES ATTORNEY
                                                            Florida Bar No. 0648477

\*Penalty Sheet(s) attached                                                   REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Evelyn Ramona Price

**Case No:** 17-80068-CR-Bloom/Valle

Count #: 1

Bribery of a Public Official

Title 18, United States Code, Section 201(b)(2)(C)

**\*Max. Penalty**: 15 years' Imprisonment, $250,000 fine, 3 years Supervised Release, $100 Special Assessment.

Count #: 2

Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D)

**\*Max. Penalty**: 5 years' Imprisonment, $250,000, Supervised Release of three years to Life, $100 Special Assessment.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.